Second Appellate Department, June, 1903. Reported. 85 App. Div. 621.

In the Matter of the Petition of PATRICK W. CULLINAN, as State Commissioner of Excise of the State of New York, Respondent, for an order revoking and Canceling Liquor Tax Certificate No. 4171, issued to AGNES McCUE, Appellant.

Order affirmed with ten dollars costs and disbursements, upon the opinion of Mr. Justice Marean at Special Term. (Reported in 39 Misc. Rep. 636).

GOODRICH, P. J., WOODWARD, HIRSCHBERG and HOOKER, JJ., concurred.